```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                   Case No. 19-00633-HWV
Kathleen Deborah Jones Thomas                                            Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: PRatchfor           Page 1 of 2           Date Rcvd: Apr 30, 2019
                              Form ID: ntcnfhrg         Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
```
db           +Kathleen Deborah Jones Thomas,    19 Lakeview Circle,    Hanover, PA 17331-8301
5162302       American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
5178569       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
5162303       Barclays,    P.O. Box 13337,    Philadelphia, PA 19101-3337
5162304       Boscov's,    P.O. Box 71106,    Charlotte, NC 28272-1106
5184108       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5162305       Chase,    Cardmember Service,    P.O. Box 1423,    Charlotte, NC 28201-1423
5175810      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
5190028       M&T Bank,    P.O. Box 810,    Buffalo, NY 14240-0840
5172732      +M&T Bank,    PO BOX 1508,    BUFFALO, NY 14240-1508
5162311       Marriott Rewards,    Cardmember Service,    P.O. Box 1423,    Charlotte, NC 28201-1423
5162312       PayPal Credit,    P.O. Box 71202,    Charlotte, NC 28272-1202
5162314       Target,    Target Card Services,    P.O. Box 660170,    Dallas, TX 75266-0170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 19:28:45
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5170971       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2019 19:39:27      CACH, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5162306       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 30 2019 19:30:19      Comenity - HSN,
               P.O. Box 659707,    San Antonio, TX 78265-9707
5162307       E-mail/Text: cio.bncmail@irs.gov Apr 30 2019 19:30:12      Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
5162308       E-mail/Text: bncnotices@becket-lee.com Apr 30 2019 19:30:09      Kohl's,    Kohl's Payment Center,
               P.O. Box 2983,    Milwaukee, WI 53201-2983
5162309       E-mail/Text: camanagement@mtb.com Apr 30 2019 19:30:17      M&T Bank,    P.O. Box 1288,
               Buffalo, NY 14240-2224
5162310       E-mail/Text: camanagement@mtb.com Apr 30 2019 19:30:17      M&T Bank,    P.O. Box 64679,
               Baltimore, MD 21264
5190029       E-mail/Text: camanagement@mtb.com Apr 30 2019 19:30:17      M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
5187693       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 19:29:07
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5187079       E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2019 19:30:25
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5187078       E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2019 19:30:25
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA  98083-0788
5190192      +E-mail/Text: bncmail@w-legal.com Apr 30 2019 19:30:38      SYNCHRONY BANK,
               c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
5162941      +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 19:29:03      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5162313       E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 19:28:42      Synchrony Bank/Amazon,
               P.O. Box 960013,    Orlando, FL 32896-0013
5162315      +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 19:28:42      TJX Rewards/SYNCB,
               P.O. Box 530949,    Atlanta, GA 30353-0949
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5183528*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
5176085*     +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                           Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Thomas E. Miller    on behalf of Debtor 1 Kathleen Deborah Jones Thomas
           staff@tommillerlawoffice.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                  TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| Kathleen Deborah Jones Thomas, aka Kathleen Deborah Jones, | Chapter | 13 |
|---|---|---|
| **Debtor 1** | Case No. | 1:19–bk–00633–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 29, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 5, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 30, 2019 |

ntcnfhrg (03/18)