Certificate Number: 15111-PAM-DE-033170930

Bankruptcy Case Number: 19-00633



15111-PAM-DE-033170930

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 28, 2019, at 7:50 o'clock PM EDT, Kathleen Deborah Jones Thomas completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 28, 2019

By: /s/Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education