## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| KATHLEEN DEBORAH JONES THOMAS: | | |
| Debtor | : | CHAPTER 13 |
| | : | |
| | : | CASE NO. 1:19-bk-00633 |
| | : | |
| | : | |

### REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

Instructions: Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan.
Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed upon a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $4,000.00 |
| 2. Less amount paid to attorney outside of plan distributions | $840.00 |
| 3. Balance of compensation to be paid through plan distribution | $3,160.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $0.00 |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Compensation and expenses to be approved by the Court | $ |
| 2. Less amounts paid to attorney outside of plan distributions | $ |
| 3. Balance of compensation and expenses to be paid through plan distributions | $ |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $3,160.00 |

February 14, 2019

/s/ Thomas E. Miller, Esquire
**Attorney for Debtor**