```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 19-00633-HWV
Kathleen Deborah Jones Thomas                                           Chapter 13
          Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke             Page 1 of 2              Date Rcvd: May 21, 2020
                             Form ID: pdf010             Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
```
db             +Kathleen Deborah Jones Thomas,    19 Lakeview Circle,    Hanover, PA 17331-8301
5162302         American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
5178569         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5162303         Barclays,    P.O. Box 13337,    Philadelphia, PA 19101-3337
5162304         Boscov's,    P.O. Box 71106,    Charlotte, NC 28272-1106
5184108         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5175810        +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
5172732        +M&T Bank,    PO BOX 1508,    BUFFALO, NY 14240-1508
5190028         M&T Bank,    P.O. Box 810,    Buffalo, NY 14240-0840
5162314         Target,    Target Card Services,    P.O. Box 660170,    Dallas, TX 75266-0170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2020 08:43:36
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5170971         E-mail/PDF: resurgentbknotifications@resurgent.com May 21 2020 19:22:52      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5162306         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 21 2020 19:17:22      Comenity - HSN,
                 P.O. Box 659707,    San Antonio, TX 78265-9707
5162307         E-mail/Text: sbse.cio.bnc.mail@irs.gov May 21 2020 19:17:19      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
5162305         E-mail/PDF: ais.chase.ebn@americaninfosource.com May 21 2020 19:23:11       Chase,
                 Cardmember Service,    P.O. Box 1423,    Charlotte, NC 28201-1423
5162311         E-mail/PDF: ais.chase.ebn@americaninfosource.com May 21 2020 19:23:38       Marriott Rewards,
                 Cardmember Service,    P.O. Box 1423,    Charlotte, NC 28201-1423
5162308         E-mail/Text: bncnotices@becket-lee.com May 21 2020 19:17:18      Kohl's,    Kohl's Payment Center,
                 P.O. Box 2983,    Milwaukee, WI 53201-2983
5272276         E-mail/PDF: resurgentbknotifications@resurgent.com May 21 2020 19:22:52      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
5272277         E-mail/PDF: resurgentbknotifications@resurgent.com May 21 2020 19:22:50      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
5162309         E-mail/Text: camanagement@mtb.com May 21 2020 19:17:20      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-2224
5162310         E-mail/Text: camanagement@mtb.com May 21 2020 19:17:20      M&T Bank,    P.O. Box 64679,
                 Baltimore, MD 21264
5190029         E-mail/Text: camanagement@mtb.com May 21 2020 19:17:20      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
5187693         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2020 08:43:36
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5162312         E-mail/PDF: gecsedi@recoverycorp.com May 21 2020 19:23:11      PayPal Credit,    P.O. Box 71202,
                 Charlotte, NC 28272-1202
5187079         E-mail/Text: bnc-quantum@quantum3group.com May 21 2020 19:17:23
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5187078         E-mail/Text: bnc-quantum@quantum3group.com May 21 2020 19:17:23
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
5190192        +E-mail/Text: bncmail@w-legal.com May 21 2020 19:17:28      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
5162941         E-mail/PDF: gecsedi@recoverycorp.com May 21 2020 19:22:46      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5162313         E-mail/PDF: gecsedi@recoverycorp.com May 21 2020 19:23:11      Synchrony Bank/Amazon,
                 P.O. Box 960013,    Orlando, FL 32896-0013
5162315        +E-mail/PDF: gecsedi@recoverycorp.com May 21 2020 19:22:46      TJX Rewards/SYNCB,
                 P.O. Box 530949,    Atlanta, GA 30353-0949
                                                                                               TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +LVNV Funding LLC,    PO Box 10587,    Greenville, SC 29603-0587
5183528*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5176085*       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
5263694*       +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2020 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
    James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
    Thomas E. Miller    on behalf of Debtor 1 Kathleen Deborah Jones Thomas     staff@tommillerlawoffice.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                            TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| KATHLEEN DEBORAH JONES THOMAS, | : | |
| | : | |
| Debtor | : | CASE NO. 1:19-bk-00633-HWV |

## ORDER OF COURT

Upon consideration of Debtor's Amended Motion to Suspend Payments to the Standing Chapter 13 Trustee, and upon notice and hearing, if applicable, it is hereby **ORDERED AND DECREED** that Debtor's monthly payments to the Standing Chapter 13 Trustee in the amount of Six Hundred Fifty Seven ($657.00) Dollars per month be suspended for a period of three (3) months, commencing April 2020, and that the final three (3) payments provided for in Debtor's Plan will amount to One Thousand Three Hundred Fourteen ($1,314.00) Dollars per month.

Dated: May 21, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (LS)