United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 19-00633-HWV

Kathleen Deborah Jones Thomas     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 19, 2020     Form ID: ordsmiss     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Deborah Jones Thomas, 19 Lakeview Circle, Hanover, PA 17331-8301 |
| 5162304 | | Boscov's, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 5175810 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5172732 | + | M&T Bank, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5190028 | | M&T Bank, P.O. Box 810, Buffalo, NY 14240-0840 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 19 2020 23:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | EDI: Q3G.COM | Nov 19 2020 23:58:00 | Quantum3 Group LLC as agent for Comenity Capital B, PO Box 788, Kirkland, WA 98083-0788 |
| 5162302 | | EDI: AMEREXPR.COM | Nov 19 2020 23:58:00 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 5178569 | | EDI: BECKLEE.COM | Nov 19 2020 23:58:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5162303 | | EDI: TSYS2.COM | Nov 19 2020 23:58:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 5170971 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 19:10:38 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5184108 | | EDI: BL-BECKET.COM | Nov 19 2020 23:58:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5162306 | | EDI: WFNNB.COM | Nov 19 2020 23:58:00 | Comenity - HSN, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 5162307 | | EDI: IRS.COM | Nov 19 2020 23:58:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5162305 | | EDI: JPMORGANCHASE | Nov 19 2020 23:58:00 | Chase, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 5162311 | | EDI: JPMORGANCHASE | Nov 19 2020 23:58:00 | Marriott Rewards, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 5162308 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 19 2020 19:15:00 | Kohl's, Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 5272277 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 19:10:38 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5272276 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 19:10:03 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5162309 | | Email/Text: camanagement@mtb.com | Nov 19 2020 19:15:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-2224 |
| 5162310 | | Email/Text: camanagement@mtb.com | Nov 19 2020 19:15:00 | M&T Bank, P.O. Box 64679, Baltimore, MD 21264 |
| 5190029 | | Email/Text: camanagement@mtb.com | Nov 19 2020 19:15:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5187693 | | EDI: PRA.COM | Nov 19 2020 23:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5162312 | | EDI: RMSC.COM | Nov 19 2020 23:58:00 | PayPal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 5187079 | | EDI: Q3G.COM | Nov 19 2020 23:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5187078 | | EDI: Q3G.COM | Nov 19 2020 23:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5190192 | + | Email/Text: bncmail@w-legal.com | Nov 19 2020 19:16:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5162941 | + | EDI: RMSC.COM | Nov 19 2020 23:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5162313 | | EDI: RMSC.COM | Nov 19 2020 23:58:00 | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 5162315 | + | EDI: RMSC.COM | Nov 19 2020 23:58:00 | TJX Rewards/SYNCB, P.O. Box 530949, Atlanta, GA 30353-0949 |
| 5162314 | | EDI: WTRRNBANK.COM | Nov 19 2020 23:58:00 | Target, Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5183528 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5176085 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5263694 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Thomas E. Miller | on behalf of Debtor 1 Kathleen Deborah Jones Thomas staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kathleen Deborah Jones Thomas,<br>aka Kathleen Deborah Jones, | Chapter 13 |
| **Debtor 1** | Case No. 1:19−bk−00633−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: November 19, 2020

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)